

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-15-00570-CV

**PEVETO COMPANIES, LTD.** d/b/a Brake Check,
Appellant

v.

**FASA FRICTION LABORATORIES, INC.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20405
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

 Appellant's reply brief is due on June 16, 2016. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed an unopposed motion for extension of time to file the reply brief until July 15, 2016, for an extension of twenty-nine days.

 Appellant's motion is GRANTED. Appellant's reply brief is due on July 15, 2016. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court